UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TINA K. BROWN, o/b/o JDH, a minor child, )
                                                        ) CASE NO. C12-5299-MAT
    Plaintiff, )
                                                        )
    v. ) ORDER DENYING MOTION FOR
                                                        ) EXTENSION OF BRIEFING
MICHAEL J. ASTRUE, ) SCHEDULE AND GRANTING
Commissioner of Social Security, ) LEAVE TO REFILE A SHORTER
                                                        ) REQUEST
    Defendant. )
_____ )

    Plaintiff filed a second unopposed motion for extension of time of the briefing schedule. The first request, for thirty days, was granted, and plaintiff's Opening Brief is due on September 20, 2012. The second request, filed today, is for sixty days, and is requested due to an omission in the administrative record of a medical expert's testimony that the ALJ relied on to reach a decision.

    Plaintiff is entitled to a complete administrative record, however the sixty day extension requested by plaintiff is too long. Such a time frame does not allow the court adequate time to review the briefing and issue an order in a timely manner. This is especially true in light of the fact that plaintiff has already had benefit of a thirty day extension and now brings this motion

ORDER DENYING MOTION FOR EXTENSION
OF BRIEFING SCHEDULE AND GRANTING LEAVE
TO REFILE A SHORTER REQUEST
PAGE -1

notifying the court of an incomplete administrative record only two days before the new deadline.  Plaintiff's motion for a sixty day extension is DENIED.

However, since the administrative record remains incomplete, the court will allow plaintiff to file a new unopposed motion requesting a shorter extension of time of approximately 30 to 35 days.  If defendant cannot provide to plaintiff the missing transcript within that time period, the parties are directed to notify the court in a joint filing of the proposed action(s) necessary and the amount of time required to complete the record.

The parties should note that a second extension will likely be, absent extraordinary circumstances, the last extension granted to either party, and should plan accordingly.

DATED this <u>19th</u> day of September, 2012.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING MOTION FOR EXTENSION
OF BRIEFING SCHEDULE AND GRANTING LEAVE
TO REFILE A SHORTER REQUEST
PAGE -2